UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL GUY DAMBROSIA
 a/k/a Michael Guy D'Ambrosia

CASE NO. 5:24-CR-1-TPB-PRL
18 U.S.C. § 924(a)(1)(A)
18 U.S.C. § 875(c)

SEALED

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 30, 2021, in the Middle District of Florida, the defendant,

MICHAEL GUY DAMBROSIA,
a/k/a Michael Guy D'Ambrosia,

knowingly made a false statement and representation to an employee of Classic Pawn and Gun, a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Classic Pawn and Gun, in that the defendant did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant had not previously been convicted of a felony, when in truth and in fact, the defendant had been convicted of a felony.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT TWO

On or about January 30, 2023, in the Middle District of Florida, and elsewhere, the defendant,

### MICHAEL GUY DAMBROSIA,
a/k/a Michael Guy D'Ambrosia,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is, Victim 1, including, "I'll put a bullet in your fucking head," and "I'll fucking kill you," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1. The allegations contained in Count One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Joseph H. Wheeler, III
Special Assistant United States Attorney

By: FOR _____
Tyrie K. Boyer
Assistant United States Attorney

By: _____
Cherie L. Krigsman
Assistant United States Attorney
Chief, National Security Section

3

FORM OBD-34
January 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL GUY DAMBROSIA
a/k/a Michael Guy D'Ambrosia

INDICTMENT

Violations:   18 U.S.C. § 924(a)(1)(A)
              18 U.S.C. § 875(c)

A true bill,

███████████████
Foreperson

Filed in open court this 9th day

of January, 2024.

_M Taylor_
Clerk

Bail $ _____

GPO 863 525